IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DELMAR POLSTON,**                                                                                          **PLAINTIFF**

v.                              Case No. 3:14-cv-00107-KGB-JTR

**MISSISSIPPI COUNTY HEALTH SERVICES, et al.**                          **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 5). No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Plaintiff Delmar Polston's claims against Mississippi County Health Services are dismissed without prejudice.

2. Mr. Polston may proceed with his inadequate medical care claim against defendants Dr. Troxel and Kristie Stankery.

3. The Clerk is directed to prepare a summons for Dr. Troxel and Ms. Stankery. The U.S. Marshal is directed to serve the summons, complaint, and this Order on them without prepayment of fees and costs or security therefor. If either defendant no longer works for Mississippi County, the individual responding to service must file a sealed statement containing the unserved defendant's last known private mailing address.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 2nd day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE