**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DELMAR POLSTON                                                                                       PLAINTIFF

V.                                      3:14CV00107 KGB/JTR

MISSISSIPPI COUNTY HEALTH
SERVICES, et al.                                                                                     DEFENDANTS

## ORDER

On July 2, 2014 service was ordered for Defendants Troxel and Stankery. *Doc. 6.* On August 5, 2014 summons for Defendant Troxel were returned unexecuted. *Doc. 10.* The Court realizes Plaintiff is at a disadvantage in trying to locate Dr. Troxel, but he is nevertheless obligated to perfect service. FED. R. CIV. P. 4. Accordingly, Plaintiff shall, within **thirty (30) days** of the date of this Order, provide an address at which Dr. Troxel may be served. Failure to do so will result in the dismissal of all claims against Dr. Troxel without prejudice. FED. R. CIV. P. 4(m).

DATED this 4th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE