**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**DELMAR POLSTON,**                                                                                          **PLAINTIFF**

v.                              Case No. 3:14-cv-00107-KGB-JTR

**MISSISSIPPI COUNTY HEALTH SERVICES, et al.**                             **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 28). In the Recommended Disposition, Judge Ray recommends that this Court grant defendant Kristie Stankiewicz's motion for summary judgment (Dkt. No. 15). Although plaintiff Delmar Polston has not filed any objections to the Recommended Disposition, he did file a response to Ms. Stankiewicz's motion for summary judgment (Dkt. No. 22). After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that Ms. Stankiewicz's motion for summary judgment is granted (Dkt. No. 15). The Court dismisses with prejudice Mr. Polston's claims against Ms. Stankiewiz.

It is so ordered this the 17th day of March, 2016.

_____
Kristine G. Baker
United States District Judge