# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DELMAR POLSTON,**                                                              **PLAINTIFF**

v.                          Case No. 3:14-cv-00107-KGB-JTR

**MISSISSIPPI COUNTY HEALTH SERVICES, et al.**                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today, this case is dismissed. Plaintiff Delmar Polston's claims against Mississippi County Health Services are dismissed without prejudice. Mr. Polston's claims against defendant Kristie Stankiewicz are dismissed with prejudice. The relief sought is denied.

So adjudged this the 17th day of March, 2016.

_____
Kristine G. Baker
United States District Judge